Probation Form No. 35                      Report and Order Terminating Probation
(5/00)                                       or Supervised Release
                                                   Before Original Expiration Date

## United States District Court
### for the
### Southern District of Mississippi

United States of America

versus

Liza Marie Deanda



Criminal Case: 3:99cr14WS-003

On August 7, 2002 this defendant was placed on supervision for five years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

Sheri Hartwell
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed _December 5_, 20 _05_, at ~~Houston, Texas~~ Jackson, Miss. /HTW/

Henry T. Wingate
United States District Judge